CPS-35  November 3, 2005

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **05-4841**

IN RE: HERMAN WILKES,   CA 00-2420

    Petitioner

Present:   BARRY, SMITH AND NYGAARD, CIRCUIT JUDGES

Submitted is petitioner's application pursuant to 28 U.S.C. §§ 2244 to file a second or successive petition under 28 U.S.C. § 2254

in the above-captioned case.

Respectfully,

Clerk

MMW/SR

_____ORDER_____
The foregoing application is denied because the claim the applicant seeks to present does not meet the criteria set forth in 28 U.S.C. § 2244(b)(2).

A True Copy:

_____
Marcia M. Waldron,
Clerk

By the Court,

**/s/ Maryanne Trump Barry**
Circuit Judge

Dated: November 9, 2005
par/cc: Mr. H.W.

1

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

_Pittsburgh_ Clerk of District Court
(District)

_In Re Herman Wilkes_
(Caption)

_Herman Wilkes_
(Appellants)

_____
(D.C. No.)

Date _11-9-05_

C. of A. No. _05-4841_

Enclosures:

_11-9-05_ Certified copy of C. of A. Order by the Court
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
is recalled.

_Phyllis Ruffin_  (267) 299- _4918_
Deputy Clerk            Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)

Rev. 3/13/00
Appeals (Certified List in Lieu of Record)

O:\FORMS\CASEMGMT\cerccform.wpd